**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| J.B.'S VARIETY INC., *Plaintiff,* | : : : | CIVIL ACTION |
| v. | : : | No. 20-4571 |
| AXIS INSURANCE COMPANY, *Defendant.* | : : : | |

## ORDER

AND NOW, this **29th** day of **March 2021**, upon consideration of Defendant's Motion to Dismiss (ECF No. 17), Plaintiff's Response in Opposition (ECF No. 18), and Defendant's Reply (ECF No. 19), it is hereby **ORDERED** that Defendant's Motion (ECF No. 17) is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiff's Amended Complaint (ECF No. 14) is **DISMISSED** with prejudice. The Clerk of Court is directed to close this matter.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**